**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) KIDZONE LEARNING CENTER, INC., )<br>)<br>)<br>      **Plaintiff,**      )<br>)<br>vs.                                     )<br>)<br>(1) CAPITOL INDEMNITY      )<br>CORPORATION, and         )<br>(2) ASPEN ROOFING AND EXTERIORS, )<br>L.L.C.                               )<br>)<br>      **Defendants.**      )  | Case No. CIV-14-0870-R |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Kidzone Learning Center, Inc., and Defendant Capitol Indemnity Corporation, and pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, do stipulate to the dismissal with prejudice of the above-styled and numbered cause. Each party shall bear their own costs and attorney's fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Gregory H. Haubrich | s/ Stephen G. Layman |
| Gregory H. Haubrich, OBA #11854 | Phil R. Richards, OBA #10457 |
| Drew Houghton, OBA #18080 | Kelsie M. Sullivan, OBA # 20350 |
| Jerry Foshee, OBA #3245 | Stephen G. Layman, OBA #22423 |
| Foshee & Yaffe | RICHARDS & CONNOR |
| Post Office Box 890420 | 525 S. Main Street, Suite 1200 |
| Oklahoma City, OK 73189 | Tulsa, Oklahoma 74103 |
| Telephone: (405) 378-3033 | Telephone: (918) 585-2394 |
| Facsimile: (405) 632-3036 | Facsimile: (918) 585-1449 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Gregory H. Haubrich, OBA #11854
Drew Houghton, OBA #18080
Jerry Foshee, OBA #3245
Foshee & Yaffe
Post Office Box 890420
Oklahoma City, OK 73189

*/s/ Stephen G. Layman*