IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)KIDZONE LEARNING CENTER, INC., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-14-0870-R<br>) |
| (2) CAPITOL INDEMNITY CORPORATION, and<br>(3) ASPEN ROOFING AND EXTERIORS, L.L.C. | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

On this 3rd day of February, 2016, upon application by the Plaintiff, the Court FINDS that Defendant, Aspen Roofing & Exteriors, L.L.C., has been properly served; has failed to Answer or Enter an Appearance; and is in default. The Court further finds as follows:

1. Plaintiff Kidzone Learning Center, Inc., suffered loss of income of $100,000.00 and damage to realty in the amount of $175,000.00 due to negligence of Defendant Aspen Roofing & Exteriors, L.L.C., and assesses compensatory damages of $275,000.00.

2. The Court finds by clear and convincing evidence that Defendant Aspen Roofing & Exteriors, L.L.C. acted willfully, intentionally, and/or in reckless disregard of the rights of Plaintiff Kidzone Learning Center, Inc., and assesses exemplary damages in the amount of $275,000.00.

3. The Court determines that Aspen Roofing & Exteriors is entitled to a set-off of $210,000.00.

4. Therefore, it is, hereby, ORDERED that Defendant Aspen Roofing & Exteriors, L.L.C. is adjudged in default, and judgment is rendered against it and in favor of

Plaintiff Kidzone Learning Center, Inc., in the amount of $340,000.00 (Three Hundred Forty Thousand Dollars).

IT IS SO ORDERED this 5th day of February, 2016.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE