# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KIDZONE LEARNING CENTER, INC. § § § **Plaintiff,** § v. § **CASE NO.: CIV-14-00870-R** § (1) CAPITOL INDEMNITY § CORPORATION, and § (2) ASPEN ROOFING AND § EXTERIORS, L.L.C., § § **Defendants,** § | |

## RELEASE AND SATISFACTION OF JUDGMENT

Plaintiff, Kidzone Learning Center, Inc., hereby acknowledges satisfaction of judgment against Aspen Roofing and Exteriors, L.L.C., releases all claims against Aspen Roofing and Exteriors, L.L.C., and dismisses with prejudice all remaining claims herein.

Respectfully submitted,

/s/ Gregory H. Haubrich
Drew Houghton, OBA #18080
Gregory H. Haubrich, OBA #11854
Jerry Foshee, OBA #3045
**Foshee & Yaffe Law Firm**
Post Office Box 890420
Oklahoma City, OK 73189
Telephone:   (405) 378-3033
Facsimile:   (405) 632-3036
dhoughton@fylaw.com
gregh@fylaw.com
jwf@fylaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of April, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing to the following:

Phil R. Richards, OBA #10457
Stephen G. Layman, OBA #22423
Mathew S. Saint, OBA #31873
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone: 918/585-2394
Facsimile: 918/585-1449
*Attorneys for Defendant.*

                                          /s/ Gregory H. Haubrich
                                          GREGORY H. HAUBRICH